UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORDER

------------------------------------------------------------

UNITED STATES OF AMERICA )
)
vs. )
)
7:15-CR-462-001(CS) )
)
Malcolm Melvin )

------------------------------------------------------------

MALCOLM MELVIN *will participate in* **RESIDENTIAL** *(inpatient) substance abuse treatment, at* **DAYTOP/ SAMARITAN VILLAGE** *for a period of at least 90 days, which may include testing to determine whether has reverted to using drugs or alcohol. The Court authorizes the release of available substance abuse treatment evaluations and reports, including the Presentence Report, to the substance abuse provider, as approved by the Probation Office.* MELVIN *will be required to contribute to the costs of services rendered (co-payments), in an amount determined by the Probation Office, based on ability to pay or availability of the third party payment.*

SO ORDERED,

_____
Cathy Seibel
U.S. District Judge

Date: 2/14/23
White Plains, N.Y.